JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

KELVIN CHEUNG, ) No. CV 18-7935-PSG (PLA)
)
    Petitioner, ) **JUDGMENT**
)
  v. )
)
CALIFORNIA ATTORNEY GENERAL, )
et al., )
)
    Respondents. )

Pursuant to the Order Accepting Findings, Conclusions and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 9/16/19

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE